WWOR. 0013.000221

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:
ALBERT ALLEN BEARDEN
1104 SHADY LANE

CASE NO:06-70374-HDH-13
DATED: October 14, 2008

BURKBURNETT TX 76354

---

### TRUSTEE'S DIRECTIVE TO PAY DEBTOR'S INCOME TO TRUSTEE

**Employee Name:  ALBERT ALLEN BEARDEN  Soc. Sec #: 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**

The above-named debtor has filed a petition for relief and a plan under Chapter 13 of Title 11, United States Code, providing for the repayment of certain debt.  Pursuant to that plan, the debtor has committed a portion of his/her future income to be paid to the Chapter 13 Trustee to be distributed to creditors.

The Chapter 13 Trustee, having been appointed to act in that capacity by the United States Trustee pursuant to authority delegated to it from the Attorney general of the United States under 28 U.S.C. 586, hereby directs SUPERIOR REFRIGERATION INC to deduct from the debtor 83.50 Weekly

beginning with the next pay period following the receipt of this directive and to deduct a similar amount from each deduction period thereafter including any period for which the debtor receives periodic or lump sum payment for or on account of vacation, termination or other benefits arising out of present or past income entitlement to the debtor and to remit forthwith the sums so deducted to:

**Walter O'Cheskey, Chapter 13 Trustee**
**P.O. BOX 94210**
**LUBBOCK, TX  79493-4210**

*(806) 748-1980 OFFICE  (806) 748-1956 FAX*

THE DEBTOR'S NAME AND CASE NUMBER MUST APPEAR ON THE REMITTANCE.

**You are also directed to notify the trustee if the employee is terminated.**

No deductions should be made or permitted for wage garnishments, wage assignments, credit union or other indebtedness, unless authorized by the Bankruptcy Court.  All such deductions are otherwise prohibited by law and/or the terms of the debtor's plan.  Deductions required by the laws of the United States, laws of any state or political subdivision thereof, or by insurance, pension or union dues agreement are not intended to be disturbed.

 /s/ Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee

DEBTOR ATTORNEY:
MONTE J WHITE
ATTORNEY AT LAW
1106 BROOK AVE HAMILTON PLACE
WICHITA FALLS, TX   76301-0000


PLAINTIFF'S EXHIBIT B

EMPLOYER:
SUPERIOR REFRIGERATION INC
PO BOX 112
935 COOPER RD
BURKBURNETT, TX  76354-